UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, on behalf of all other
persons similarly situated,

                      Plaintiffs,                    **ORDER OF DISMISSAL**

        - against -                                  21 Civ. 4999 (PGG) (OTW)

WORTHY FLAVORS, LLC,

                      Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it

is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but

without costs; provided, however, that if the settlement is not consummated within sixty days of

this order, either party may apply by letter within the sixty-day period for restoration of the

action to the calendar of the undersigned, in which event the action will be restored.  The Clerk

of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die,

and any pending motions are moot.

Dated:  New York, New York
        October 14, 2021

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge